Same case below, 429 Fed. Appx. 757.

**No. 11-6924. Willie Mitchell, Petitioner v. United States.**

565 U.S. 1044, 132 S. Ct. 600, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8160.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 174.

**No. 11-6926. Kevin McDonald, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 600, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8212,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 75.

**No. 11-6929. Oscar Francisco Macias-Ovalle, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 600, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8192.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 432 Fed. Appx. 710.

**No. 11-6930. Steve Nathaniel Jackson, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 600, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8158.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-6940. Elveria Rodriguez-Quiros, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 600, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8165.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 347.

**No. 11-6951. Ricky Gene Minor, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 601, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8131.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 233.

**No. 11-6953. Segun Waldron, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 601, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8159.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 449 Fed. Appx. 680.

**No. 11-6956. Michael Maier, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 601, 181 L. Ed. 2d 440, 2011 U.S. LEXIS 8194.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 646 F.3d 1148.